[No. 48253-0-I. Division One. March 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ELBERT V. BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-3-09735-0, Katharine C. Hershey, J. Pro Tem., entered February 9, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49654-9-I. Division One. March 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID M. CRABBS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 01-1-01329-1, Richard J. Thorpe, J., entered November 7, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49806-1-I. Division One. March 17, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LEROI D'WAYNE BUCKLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09376-1, Laura Gene Middaugh, J., entered January 4, 2002. *Affirmed* by unpublished opinion per Cox, A.C.J., concurred in by Agid and Appelwick, JJ.

[No. 50602-1-I. Division One. March 17, 2003.]

JOHN E. HARMON, *Appellant*, v. BRENT WILSON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-34533-8, James A. Doerty, J., entered May 14, 2002. *Affirmed* by unpublished opinion per Agid, J., concurred in by Coleman and Ellington, JJ.